UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KELLY CRAMER, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) ) v. ) ) ORBITAL ATK, INC., DAVID W. ) THOMPSON, RONALD R. FOGLEMAN, ) KEVIN P. CHILTON, ROXANNE J. ) DECYK, LENNARD A. FISK, RONALD ) T. KADISH, TIG H. KREKEL, DOUGLAS ) L. MAINE, ROMAN MARTINEZ IV, ) JANICE I. OBUCHOWSKI, JAMES G. ) ROCHE, HARRISON H. SCHMITT, and ) SCOTT L. WEBSTER, ) ) Defendants. ) ) | Case No. 17-cv-1225 |

FILED
NOV 27 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Cramer and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice as to Plaintiff and without prejudice as to all other members of the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the action.

Dated: November 20, 2017

**OF COUNSEL:**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw

By:

**LEVI & KORSINSKY LLP**
*/s/ Elizabeth K. Tripodi*
Elizabeth K. Tripodi (VA Bar No. 73483)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
T: (202) 524-4290
F: (202) 333-2121
Email: etripodi@zlk.com

*Attorneys for Plaintiff*

So Ordered
Claude M. Hilton
USDJ
Nov. 27, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

                                                                       */s/ Elizabeth K. Tripodi*
                                                                       Elizabeth K. Tripodi